# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# CHATTANOOGA

| | |
|---|---|
| JOHN H. COXWELL, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 1:09-cv-287 |
| | ) |
| THE LINCOLN NATIONAL LIFE | ) Electronically Filed |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiff, John H. Coxwell, Sr., and the Defendant, The Lincoln National Life Insurance Company, hereby stipulate that this action is hereby dismissed with prejudice to the refilling of the same.

Each party shall bear their own attorneys fees and costs.

Dated: May 27, 2010.

    Respectfully submitted,

    /s/ John M. Scannapieco
    John M. Scannapieco (TN Reg. No. 14473)
    BRADLEY ARANT BOULT CUMMINGS LLP
    1600 Division Street, Suite 700
    P.O. Box 340025
    Nashville, Tennessee 37203
    (615) 252-2352

    *Attorneys for Defendant, The Lincoln National Life Insurance Company*

/s/ Susie Lodico (w/ permission JS)
Richard A. Schulman (TN Reg. No. 00990)
Susie Lodico (TN Reg. No. 23754)
PATRICK BEARD SCHULMAN & JACOWAY P.C.
537 Market Street, Suite 202
Chattanooga, Tennessee 37402
(t) (423) 756-7117
(f) (423) 267-5032
slodico@pbsjlaw.com

*Attorneys for the Plaintiff, John H. Coxwell, Sr.*