U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA
**CIVIL MINUTES - GENERAL**

CASE NO. 1:09-CV-287

STYLE: John L. Coxwell, Sr. vs. Lincoln Nat'l Life Insurance

PRESENT: Honorable Curtis L. Collier  ✗ U.S. District Judge  OR ___ U.S. Magistrate Judge

Cyndee Palmer — Courtroom Deputy
Elizabeth Coffey — Court Reporter
Interpreter(s) ___ SWORN

Recorded _____

Attorney(s) for Plaintiff(s): Richard Schulman, Susanne Lodico

Attorney(s) for Defendant(s): John Scannapieco

PROCEEDINGS:
Status conference. Parties announced case had settled. Joint motion to close case granted.

Time: 9:40 to 9:45

Date: 5/26/10

Case 1:09-cv-00287-CLC-WBC   Document 14   Filed 05/26/10   Page 1 of 1   PageID #: 81